IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO SOTO-MELENDEZ,

   Plaintiff,

       v.

BANCO POPULAR DE PUERTO RICO,

   **Defendant.**

CIVIL NO. 20-1057(JAG)

## JUDGMENT

Pursuant to this Court's Order, Docket No. 117, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, February 27, 2023.

                                                        s/ Jay A. Garcia-Gregory
                                                        JAY A. GARCIA-GREGORY
                                                        U.S. DISTRICT JUDGE