IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO SOTO-MELENDEZ, on behalf of himself and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>BANCO POPULAR DE PUERTO RICO,<br><br>**Defendant.** | CIVIL NO. 20-1057(JAG)<br>*(Lead Case for Settlement Approval Purposes)* |
| SANDRA ORAMA-CARABALLO and MIGUEL QUINONES-ACOSTA, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>BANCO POPULAR DE PUERTO RICO,<br><br>**Defendant.** | CIVIL NO. 22-1107(JAG) |

## JUDGMENT

Pursuant to this Court's Order, Docket Nos. 126 and 128, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiffs' case. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, March 14, 2023.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE